Approved by: _____
JULIA MCCORMICK
Special Assistant United States Attorney

Before: THE HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York

19 MJ 9036

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA : MISDEMEANOR COMPLAINT

-v- : Violation of NYPL 140.10

TRAVIS W. STONE :

: COUNTY OF OFFENSE:
Defendant ORANGE

:

- - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss.:

JASON GONZALEZ, being duly sworn, deposes and says that he is a Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

COUNT ONE

On or about July 29, 2019, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, TRAVIS STONE, the defendant, unlawfully, knowingly and willfully entered or remained unlawfully in or upon real property, to-wit, the defendant entered the grounds of the United States Military Academy, New York knowing that he was actively barred from post.

(New York Penal Law, Section 140.10)

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am a Court Liaison, assigned to the Provost Marshal Office at the United States Military Academy, West Point, New York, which is located in the Southern District of New York.

2. On July 29, 2019 at approximately 10:05 a.m., Military Police were dispatched to Bldg 621 reference a barred individual being on post. SGT Whitmire was dispatched and upon arrival did not immediately see the individual, who was later identified as the defendant. SGT Whitmire called the Military Police Desk Sergeant to inform him of the situation and was told to go outside and look for the individual.

3. SGT Whitmire went outside and met with SPC Johnson, another patrol that was called to the scene. While outside, the defendant was seen walking in the Buffalo Soldier Field adjacent to the Post Office. The two patrols went over to the defendant and asked him what he was doing on the installation. The defendant admitted he knew he was barred but stated he need paperwork for his retirement or he was going to be fired.

4. The defendant was apprehended and taken to the police Station for processing.

5. The defendant was issued one District Court Violation Notice for Criminal Trespass in the Third Degree (DCVN 8004648/SY10).

6. The defendant was released on his own recognizance.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

_____
JASON GONZALEZ
Court Liaison

Sworn to before me this
26th day of September 2019

_____
HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York