UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                      Plaintiff,

-against-

                                                  Case No. 7:19-mj-9036

Travis W. Stone

                      Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                            SO ORDERED.

                                                             Hon. Martin R. Goldberg
                                                             United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York